# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:07-CR-00270-RLH-GWF |
| vs. | ) | **O R D E R** |
| | ) | (Motion Pursuant to § 2255–#168) |
| THOMAS COMANS, III, | ) | |
| Defendant. | ) | |

Before the Court is Defendant's **Motion to Vacate, Set Aside or Correct Sentence** pursuant to **§2255** (#168, filed May 25, 2012) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion to Vacate, Set Aside or Correct Sentence pursuant to §2255** (#168) is hereby REFERRED to the UNITED STATES ATTORNEY for a response <u>within thirty (30) days of the entry</u> this Order. Defendant <u>will then have fifteen (15) days thereafter</u> to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: July 20, 2012.

_____
**Roger L. Hunt**
**United States District Judge**